U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| CRYSTAL HOWARD, et al | FILED COPY: MAY 12, 2008 |
| Plaintiffs, | 08CV2746        DAJ |
| v. | JUDGE GOTTSCHALL |
| SECURITAS SECURITY SERVICES, USA INC. et al., Defendant. | MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Crystal Howard, Paul Galloway, Robert Newson and Alvan Young Individually, and on Behalf of All Others Similarly Situated

| | |
|---|---|
| NAME (Type or print) Ryan F. Stephan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Ryan F. Stephan | |
| FIRM STEPHAN ZOURAS, LLP | |
| STREET ADDRESS 205 N. Michigan Ave., Suite 2560 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6273101 | TELEPHONE NUMBER 312-233-1550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |