## United States District Court for the Northern District of Illinois

Case Number: 08CV2746     Assigned/Issued By: DAJ

Judge Name: GOTTSCHALL     Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*    [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 2769249

Date Payment Rec'd: 05/12/08     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons     [ ] Alias Summons

[ ] Third Party Summons     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

                                                                              (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
          (Type of Writ)

<u>  1  </u> Original and _____ copies on <u> 05/12/08 </u> as to <u> DEF. </u> _____
                                          (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05