IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY, ROBERT NEWSON AND ALVAN YOUNG Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES, USA INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.: 08cv2746<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To: Securitas Security Services, USA INC.
c/o National Registered Agents, Inc.
200 West Adams Street
Chicago, IL 60606

PLEASE TAKE NOTICE that on May 22, 2008, the attached OPT-IN CONSENT FORM FOR ROBIN ROBERSON was electronically filed on behalf of the Plaintiffs with the United States District Court Northern District of Illinois Eastern Division, at the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

Respectfully submitted,

_____
One of the Attorneys for Plaintiff

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312)233-1550
(312)233-1560 f
Attorney No. 43734

## CERTIFICATE OF SERVICE BY MAIL

I, Irene Weber, the non-attorney, certify that I served this notice by mailing a copy to the above mentioned and depositing the same in the U.S. Mail at 205 N. Michigan Avenue, Chicago, Illinois at 5:00 p.m. on the 22nd day of May, 2008 with proper postage prepaid.

_____
Irene Weber

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 22nd DAY
OF May, 2008.

_____
Notary Public

OFFICIAL SEAL
DEAN C MARINAKIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/04/08

## CONSENT TO BECOME PARTY PLAINTIFF

<u>Howard et al v. Securitas USA Inc. et al.</u>

Complete and Mail To:
ATTN: SECURITAS ACTION
Stephan Zouras, LLP
205 North Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Fax to: (312) 233-1550
Email to: lawyers@stephanzouras.com

By signing below, I state that I have been employed by Securitas USA, Inc. or one of its subsidiaries or affiliates as a uniformed security guard or other similarly titled position within the past three (3) years and that I hereby consent to join this lawsuit seeking unpaid wages and overtime based on Securitas' violations of the Fair Labor Standards Act, 29 U.S.C. Sec. 201 *et. seq.*

I hereby designate the law firm Stephan Zouras, LLP and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5.7.08
Date

Signature: *Robin Roberson*

Print Name: Robin Roberson

Address: 14914 Center Ave

City, State, Zip Code: Harvey IL 60426

Telephone Number: (cell) 773 759 2539, 708 825 9204/Hm

Email Address: RobinRoberson16@yahoo.com

*Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.*