TYPE LAW SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS **DISTRICT 007**

SHERIFF'S NUMBER 060959-001D CASE NUMBER 08C2746 DEPUTY: _HAIC 7896_

FILED DT 05-12-2008 RECEIVED DT 05-14-2008 DIE DT 05-28-2008 MULTIPLE SERVICE 1
DEFENDANT ATTORNEY
SECURITAS SECURITY SERVICES USA INC STEPHAN ZOURAS LLP
200 W ADAMS ST 205 N MICHIGAN AV 2560
CHICAGO IL 60606 CHICAGO IL 60606

PLAINTIFF CRYSTAL HOWARD

**FOREIGN**

SERVICE INFORMATION: RSC/O NATIONAL REGISTERED AGENTS

*************************************************************************************
(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
_____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
SAID PARTY REFUSED NAME
.....3 SERVICE ON: CORPORATION COMPANY BUSINESS PARTNERSHIP
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B) THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

1 SEX M/F RACE B AGE 32
2 NAME OF DEFENDANT SECURITAS SECURITY SERVICES USA INC
WRIT SERVED ON _Cartney Hightower_

THIS 20 DAY OF MAY, 2008 TIME 10:09 A.M. P.M.

ADDITIONAL REMARKS _____

*************************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _OFFICE_ ATTEMPTED SERVICES

NEIGHBORS NAME _____ DATE TIME A.M./P.M.

ADDRESS _____ _____ __:__ ___

REASON NOT SERVED:
_____ 01 MOVED _____ 07 EMPLOYER REFUSAL _____ __:__ ___
_____ 02 NO CONTACT _____ 08 RETURNED BY ATTY _____ __:__ ___
_____ 03 EMPTY LOT _____ 09 DECEASED
_____ 04 NOT LISTED _____ 10 BLDG DEMOLISHED _____ __:__ ___
_____ 05 WRONG ADDRESS _____ 11 NO REGISTERED AGT. _____ __:__ ___
_____ 06 NO SUCH ADDRESS _____ 12 OTHER REASONS
_____ 13 OUT OF COUNTY _____ __:__ ___

_____ __:__ ___

FEE .00 MILEAGE .00 TOTAL .00 SG56

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY, ROBERT NEWSON and ALVAN YOUNG Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITAS SECURITY SERVICES, USA INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.   08 C 2746<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:    Securitas Security Services, USA Inc.
       c/o National Registered Agents, Inc.
       200 West Adams Street
       Chicago, Illinois 60606

PLEASE TAKE NOTICE that on May 27th, 2008, the attached PROOF OF SERVICE was filed electronically on behalf of the Plaintiff with the United States District Court in the Northern District of Illinois.

Respectfully submitted,

_____
One of the Attorneys for Plaintiff

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312) 233-1550
Attorney No. 43734

## **CERTIFICATE OF SERVICE BY MAIL**

I, a non-attorney, certify that I served this notice by mailing a copy to the above

mentioned and depositing the same in the U.S. Mail at 205 N. Michigan Avenue, Chicago,

Illinois at 5:00 p.m. on the 27th day of May, 2008 with proper postage prepaid.

_Megan Babowice_

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 27th DAY
OF MAY, 2008.

_Irene Weber_
Notary Public

IRENE M WEBER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 13, 2011