```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

CRYSTAL HOWARD, PAUL GALLOWAY )
ROBERT NEWSON and ALVAN YOUNG )
                                        )
        Plaintiffs           )        Case No. 08 C 2746
                                        )
   v.                                 )        Judge Gottschall
                                        )
SECURITAS SECURITY SERVICES      )        Magistrate Judge Valdez
USA, INC.                              )
                                        )
        Defendant           )

### MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Securitas Security Services USA, Inc. (Securitas), by its attorneys, respectfully moves the Court for a 30-day extension of time to answer or otherwise plead in response to the complaint filed by Crystal Howard, Paul Galloway, Robert Newson and Alvan Young. In support of its Motion, Securitas states:

1. Securitas' responsive pleading currently is due on June 9, 2008.

2. Securitas recently engaged Bell, Boyd & Lloyd but key Securitas employees with knowledge will not be available for interviews before June 9, 2008.

3. Securitas therefore will not be able to fully and fairly prepare a responsive pleading before June 9, 2008.

4. Under the circumstances, Securitas requests a 30-day extension of time, or until and including July 9, 2008, to answer or otherwise plead.

5. The relief requested by Securitas will not prejudice plaintiffs.

WHEREFORE, Securitas respectfully requests that the Court enter an Order granting Securitas until July 9, 2008 to answer or otherwise plead and such other relief as the Court deems just and proper.

Dated:  June 4, 2008                    Respectfully submitted,

                                        SECURITAS SECURITY SERVICES
                                        USA, INC.


                                    By: s/Edward M. Graham
                                        One of Its Attorneys

David M. Novak
John T. Roache
Edward M. Graham
Margaret C. Curtis
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Motion for Extension of Time to Answer or Otherwise Plead was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing, on this 4th day of June 2008, to the following:

>James B. Zouras
>Ryan F Stephan
>Stephan Zouras, LLP
>205 N. Michigan, Suite 2560
>Chicago, Illinois  60601
>
>Marvin A. Miller
>Matthew E. Van Tine
>Miller Law LLC
>115 S. LaSalle, Suite 2910
>Chicago, Illinois  60603
>
>Thomas M. Ryan
>Law Offices of Thomas M. Ryan, P.C.
>205 N. Michigan, Suite 2560
>Chicago, Illinois  60601

                                        s/Edward M. Graham
                                          Edward M. Graham