UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY ROBERT NEWSON and ALVAN YOUNG | ) ) ) | |
| Plaintiffs | ) ) | Case No. 08 C 2746 |
| v. | ) ) | Judge Gottschall |
| SECURITAS SECURITY SERVICES USA, INC. | ) ) ) | Magistrate Judge Valdez |
| Defendant | ) | |

NOTICE OF MOTION

To:   See Attached Certificate of Service

    PLEASE TAKE NOTICE that on Thursday, June 12, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, at the Everett J. Dirksen Building, 219 S. Dearborn Street, Room 2325, Chicago, Illinois 60604, and then and there present Motion for Extension of Time to Answer or Otherwise Plead, at which time and place you may appear.

Dated:  June 4, 2008                SECURITAS SECURITY SERVICES
                                    USA, INC.


                                By:   s/Edward M. Graham
                                          One of Its Attorneys

David M. Novak
John T. Roache
Edward M. Graham
Margaret C. Curtis
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Notice of Motion was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing, on this 4th day of June 2008, to the following:

> James B. Zouras
> Ryan F Stephan
> Stephan Zouras, LLP
> 205 N. Michigan, Suite 2560
> Chicago, Illinois  60601
>
> Marvin A. Miller
> Matthew E. Van Tine
> Miller Law LLC
> 115 S. LaSalle, Suite 2910
> Chicago, Illinois  60603
>
> Thomas M. Ryan
> Law Offices of Thomas M. Ryan, P.C.
> 205 N. Michigan, Suite 2560
> Chicago, Illinois  60601

s/Edward M. Graham<br>
Edward M. Graham