```
                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION


CRYSTAL HOWARD, PAUL GALLOWAY   )
ROBERT NEWSON and ALVAN YOUNG   )
                                )
          Plaintiffs            )    Case No. 08 C 2746
                                )
     v.                         )    Judge Gottschall
                                )
SECURITAS SECURITY SERVICES     )    Magistrate Judge Valdez
USA, INC.                       )
                                )
          Defendant             )
```

REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AND IN OPPOSITION TO PLAINTIFFS' MOTION TO TOLL APPLICABLE STATUTE OF LIMITATIONS

Defendant Securitas Security Services USA, Inc. (Securitas), by its attorneys, respectfully submits the following reply in support of its motion for a 30-day extension of time to answer or otherwise plead and in opposition to Plaintiffs' request that the Court toll the applicable statute of limitation during the 30-day extension period:

1. Plaintiffs do not oppose the requested extension of time.

2. Instead, Plaintiffs request that the Court toll the applicable statute of limitations during the 30-day extension period.

3. Although Plaintiffs cite several cases for the proposition that "the overarching concern for the Court [in making a determination as to whether to apply equitable tolling] is fairness to all parties," they fail to cite a single authority for the proposition that the statute of limitations

should be tolled in the event the time for answering or otherwise pleading is extended.

    4. Plaintiffs' failure to cite such authority is not surprising.

    5. As Plaintiffs acknowledge, a putative plaintiff's claim is not tolled until he or she files the appropriate opt-in consent form with the Court and that event has nothing to do with when the Defendant files a responsive pleading.

    6. In other words, a putative plaintiff may file an opt-in consent form at any time before or after a responsive pleading is filed and extending the time for Defendant to file a responsive pleading will not affect, much less prejudice, the timeliness of a particular putative plaintiff's claim.

    7. Under the circumstances, and contrary to Plaintiffs' assertion (Opp.Br. at 2), equitable tolling as a condition to granting the requested extension is not required as a matter of "fairness" because the extension will not prejudice any putative plaintiff in any fashion.

WHEREFORE, Securitas respectfully requests that the Court enter an Order granting Securitas until July 9, 2008 to answer or otherwise plead, deny Plaintiffs' request that the statute of limitations be tolled during the extension period, and such other relief as the Court deems just and proper.

Dated:  June 9, 2008                    Respectfully submitted,

                                        SECURITAS SECURITY SERVICES
                                        USA, INC.


                                    By: s/Edward M. Graham
                                            One of Its Attorneys

David M. Novak
John T. Roache
Edward M. Graham
Margaret C. Curtiss
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Reply in Support of Defendant's Motion for Extension of Time to Answer or Otherwise Plead and in Opposition to Plaintiffs' Motion to Toll the Applicable Statute of Limitations was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing, on this 9th day of June 2008, to the following:

> James B. Zouras
> Ryan F Stephan
> Stephan Zouras, LLP
> 205 N. Michigan, Suite 2560
> Chicago, Illinois  60601
>
> Marvin A. Miller
> Matthew E. Van Tine
> Miller Law LLC
> 115 S. LaSalle, Suite 2910
> Chicago, Illinois  60603
>
> Thomas M. Ryan
> Law Offices of Thomas M. Ryan, P.C.
> 205 N. Michigan, Suite 2560
> Chicago, Illinois  60601

s/Edward M. Graham
Edward M. Graham
