## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CRYSTAL HOWARD, PAUL GALLOWAY, ROBERT NEWSON AND ALVAN YOUNG Individually, and on Behalf of All Others Similarly Situated,** ) ) ) ) ) | |
| **Plaintiffs,** ) | |
| ) **v.** ) ) | **Case No.: 08cv2746** **Judge Gottschall** **Magistraate Judge Valdez** |
| **SECURITAS SECURITY SERVICES, USA INC.,** ) ) ) | |
| **Defendant.** ) | |

## NOTICE OF FILING

To:     David M. Novak
        John T. Roache
        Edward M. Graham
        Margaret C. Curtis
        BELL, BOYD & LLOYD LLP
        Three First National Plaza
        70 W. Madison, Suite 3100
        Chicago, IL  60602


PLEASE TAKE NOTICE that on June 10, 2008, the attached OPT-IN CONSENT

FORMS FOR KHANITA NEVILLES and MARCUS A. LONG were electronically filed on

behalf of the Plaintiffs with the United States District of Illinois Eastern Division, at the Dirksen

United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

Respectfully submitted,

_____
One of the Attorneys for Plaintiff

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
312-233-1550
312-233-1560 f
Attorney No. 43734

## CERTIFICATE OF SERVICE BY MAIL

I, Irene Weber, the non-attorney, certify that I served this notice by mailing a copy to the above mentioned and depositing the same in the U.S. Mail at 205 N. Michigan Avenue, Chicago, Illinois at 5:00 p.m. on the 10th day of June, 2008 with proper postage prepaid.

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 10th DAY
OF June, 2008.

Notary Public

"OFFICIAL SEAL"
Megan A. Babowice
Notary Public, State of Illinois
My Commission Exp. 09/24/2009

## CONSENT TO BECOME PARTY PLAINTIFF

### Howard et al v. Securitas USA Inc. et al.,

Complete and Mail To:
ATTN: SECURITAS ACTION
Stephan Zouras, LLP
205 North Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Fax to: (312) 233-1550
Email to: lawyers@stephanzouras.com

By signing below, I state that I have been employed by Securitas USA, Inc. or one of its subsidiaries or affiliates as a uniformed security guard or other similarly titled position within the past three (3) years and that I hereby consent to join this lawsuit seeking unpaid wages and overtime based on Securitas' violations of the Fair Labor Standards Act, 29 U.S.C. Sec. 201 *et. seq.*

I hereby designate the law firm Stephan Zouras, LLP and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____6/9/08_____
Date

_Khanita Neville_
Signature

_Khanita Neville_
Print Name

_6033 S. Francisco Ave._
Address

_Chicago IL, 60629-2921_
City, State, Zip Code

_(773) 414-1873 (cell)_
Telephone Number

_khanitan@yahoo.com_
Email Address

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.**

**CONSENT TO BECOME PARTY PLAINTIFF**

**Howard et al v. Securitas USA Inc. et al.,**

Complete and Mail To:
ATTN: SECURITAS ACTION
Stephan Zouras, LLP
205 North Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Fax to: (312) 233-1550
Email to: lawyers@stephanzouras.com

By signing below, I state that I have been employed by Securitas USA, Inc. or one of its subsidiaries or affiliates as a uniformed security guard or other similarly titled position within the past three (3) years and that I hereby consent to join this lawsuit seeking unpaid wages and overtime based on Securitas' violations of the Fair Labor Standards Act, 29 U.S.C. Sec. 201 *et. seq.*

I hereby designate the law firm Stephan Zouras, LLP and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6-10-08
_____        _____
Date                           Signature

Marcus A. Long
_____
Print Name

4122 W. 191st Pl
_____
Address

Country Club Hills IL 60478
_____
City, State, Zip Code

(773) 263-4375
_____
Telephone Number

_____
Email Address

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.**