UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Crystal Howard, et al.
                              Plaintiff,

v.                                         Case No.: 1:08−cv−02746
                                           Honorable Joan B. Gottschall

Secuitas Security Services, USA Inc,
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held on 6/12/2008. Defendant's motion for extension of time to answer or otherwise plead [17] is granted to and including 7/9/2008. Plaintiff's oral motion to extend tolling period for Statute of limitations until 7/9/2008 is granted. Parties to draft agreed order and submit to chambers as soon as possible. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.