## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY, ROBERT NEWSON AND ALVAN YOUNG, Individually, and on Behalf of All Others Similarly Situated, ) ) ) ) ) | |
| Plaintiffs, ) | Case No.: 08 C 2746 |
| ) | |
| v. ) | Judge Gottschall |
| ) | Magistrate Judge Valdez |
| SECURITAS SECURITY SERVICES, USA INC., ) ) ) | |
| Defendant. ) | |

### NOTICE OF MOTION

To:    Edward M. Graham
       Bell, Boyd & Lloyd, LLP
       Three First National Plaza
       70 W. Madison, Suite 3100
       Chicago, IL 60602

PLEASE TAKE NOTICE that on Thursday, June 26th at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge B. Gottschall, at the Everette J. Dirksen Building, 219 S. Dearborn Street, Room 2325, Chicago, Illinois 60604 and present PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO CONDITIONALLY CERTIFY THE CLASS AND ISSUE NOTICE.

Respectfully Submitted,

_____
One of the Attorneys for Plaintiffs

STEPHAN ZOURAS, LLP
Attorneys for Plaintiffs
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
Attorney No. 43734
(312) 233-1550
(312) 233-1560 *f*

## **CERTIFICATE OF SERVICE BY MAIL**

I, Irene Weber, the non-attorney, certify that I served this notice by mailing a copy to the above mentioned via Certified and Return Receipt Mail and depositing the same in the U.S. Mail at 205 N. Michigan Avenue, Chicago, Illinois at 5:00 p.m. on the 23rd day of June, 2008 with proper postage prepaid.

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 23rd DAY
OF June, 2008.

Notary Public

OFFICIAL SEAL
JAMES B. ZOURAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-28-2009