IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY, ROBERT NEWSON and ALVAN YOUNG Individually, and on Behalf of All Others Similarly Situated, </br></br>  Plaintiffs, </br></br> v. </br></br> SECURITAS SECURITY SERVICES, USA INC., </br></br> Defendant. | Case No. 08 C 2746 </br></br> Judge Gottschall </br> Magistrate Judge Valdez |

## PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY THE CLASS AND ISSUE NOTICE

Plaintiffs, CRYSTAL HOWARD, PAUL GALLOWAY, ROBERT NEWSON and ALVIN YOUNG, individually and on behalf of all other similarly situated employees, by and through their counsel of record, respectfully request that this Court enter an Order: (a) designating this case as a collective action under Section 216(b) of the Fair Labor Standards Act; (b) requiring Defendant SECURITAS SECURITY SERVICES, USA INC. to produce a computer-readable data file containing the names, addresses and telephone numbers of all potential opt-in members so that notice may be implemented; and, (c) authorizing notice be sent by U.S. first class mail and by posting notice in all Securitas' branches in Illinois, to all of the putative class members at any time since May 12, 2005, and who have not already had their federal claim for unpaid overtime wages previously adjudicated, to inform them of their right to opt-in to this lawsuit. This motion is based upon the pleadings and papers on file as well as a Memorandum of Law and affidavits and exhibits filed and served in accordance with the Local Rules of the United States District Court for the Northern District of Illinois.

Dated: June 24, 2008

Respectfully Submitted,

*/s/ James B. Zouras*

James B. Zouras
Ryan F. Stephan
Stephan Zouras, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
312-233-1550
312-233-1560 f
lawyers@stephanzouras.com

Marvin A. Miller
Matthew E. VanTine
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
312.332.2400

Thomas M. Ryan
Law Offices of Thomas M. Ryan, P.C.
205 N. Michigan Ave., Suite 2560
Tel: 312-233-1553
Cell: 312-545-9096
Fax: 312-233-1560
tom@tomryanlaw.com

**Attorneys for the Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of the following Plaintiffs' Motion for An Order Authorizing Notice to Similarly Situated Persons Pursuant to 29 U.S.C. § 216(b) and Plaintiffs' Memorandum of Law in Support of Their Motion for An Order Authorizing Notice to Similarly Situated Persons Pursuant to 29 U.S.C. § 216(b) were served via electronic mail on June 24, 2008.

> Edward M. Graham
> Bell, Boyd & Lloyd, LLP
> Three First National Plaza
> 70 W. Madison, Suite 3100
> Chicago, IL  60602

James B. Zouras