IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY, ROBERT NEWSON AND ALVAN YOUNG Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES, USA INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.: 08cv2746<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

To: Edward M. Graham
Bell, Boyd & Lloyd, LLP
Three First National Plaza
70 W. Madison, Suite 3100

PLEASE TAKE NOTICE that on Thursday, June 26th at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge B. Gottschall, at the Everette J. Dirksen Building, 219 S. Dearborn Street, Room 2325, Chicago, Illinois 60604 and present PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY THE CLASS AND ISSUE NOTICE.

Respectfully submitted,

_/s/_

One of the Attorneys for Plaintiff

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312)233-1550
(312)233-1560 f
Attorney No. 43734

## CERTIFICATE OF SERVICE BY MAIL

I, Irene Weber, the non-attorney, certify that I served this notice by mailing a copy to the above mentioned and depositing the same in the U.S. Mail at 205 N. Michigan Avenue, Chicago, Illinois at 5:00 p.m. on the 24 day of June, 2008 with proper postage prepaid.

*[signature]*

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 24th DAY
OF June, 2008.

*[signature]*
Notary Public

"OFFICIAL SEAL"
Megan A. Babowice
Notary Public, State of Illinois
My Commission Exp. 09/24/2009