

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2746 | DATE | 6/23/2008 |
| CASE TITLE | Howard vs. Securitas Security Services USA, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. It is hereby Securitas has until and including July 9, 2008 to answer or otherwise pleas. The applicable statute of limitation will be tolled between June 12, 2008 and the date on which Securitas files a responsive pleading.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 23 AM 9:15
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|