

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY ROBERT NEWSON and ALVAN YOUNG )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>SECURITAS SECURITY SERVICES )<br>USA, INC. )<br>)<br>Defendant ) | Case No. 08 C 2746<br><br>Judge Gottschall<br><br>Magistrate Judge Valdez |

AGREED ORDER

This matter coming to be heard on Defendant's Motion for an Extension of Time to Answer or Otherwise Plead and Plaintiffs' Motion to Toll the Statute of Limitations, the Court advised in the premises, IT IS ORDERED:

1. Securitas has until and including July 9, 2008 to answer or otherwise plead.

2. The applicable statute of limitations will be tolled between June 12, 2008 and the date on which Securitas files a responsive pleading.

ENTERED: JUN 23 2008

By: _____
Judge Gottschall

*Order Prepared By:*
Edward M. Graham
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois 60602
(312) 372-1121