

# BELL BOYD
### BELL, BOYD & LLOYD LLP

70 West Madison Street, Suite 3100
Chicago, Illinois 60602
312.372.1121 • Fax 312.827.8000

MARGARET C. CURTISS
312.807.4298
mcurtiss@bellboyd.com
Direct Fax: 312.827.8148

**FILED**
JUN 3 0 2008
Jun 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2008 JUN 31 AM 7:47
CLERK
U.S. DISTRICT COURT

**BY HAND DELIVERY**

June 24, 2008

Clerk of the Court
U.S. District Court, Northern District of Illinois
219 S. Dearborn St.
Chicago, Illinois 60604

      Re:    Howard v. Securitas Security Services USA, Inc.
             No. 08 C 2746
             Honorable Joan B. Gottschall

Dear Sir or Madam:

      Defendant Securitas Security Services USA, Inc. (hereinafter referred to as "Defendant") hereby respectfully requests that the appearance of the undersigned, Margaret C. Curtiss, be withdrawn and terminated. I will no longer be employed with the law firm of Bell, Boyd & Lloyd LLP effective June 30, 2008, and therefore will no longer represent Defendant. David M. Novak, John T. Roache, Melissa A. Siebert, and Edward M. Graham of Bell, Boyd & Lloyd LLP will continue to represent Defendant.

      Please contact the undersigned if you require any additional information.

                                    Very truly yours,

                                    *Margaret C. Curtiss*

                                    Margaret C. Curtiss

MCC:mcc

Copy to James B. Zouras, Esq.
          Marvin A. Miller, Esq.
          Thomas M. Ryan, Esq.

chicago • san diego • washington
312.372.1121 • 858.509.7400 • 202.466.6300

591249/C/1

