UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY ROBERT NEWSON and ALVAN YOUNG | ) ) ) | |
| Plaintiffs | ) ) | Case No. 08 C 2746 |
| v. | ) ) | Judge Gottschall |
| SECURITAS SECURITY SERVICES USA, INC. | ) ) ) | Magistrate Judge Valdez |
| Defendant | ) ) | |

NOTICE OF MOTION

To:     See Attached Certificate of Service

PLEASE TAKE NOTICE that on Thursday, July 24, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, at the Everett J. Dirksen Building, 219 S. Dearborn Street, Room 2325, Chicago, Illinois  60604, and then and there present Defendant Securitas Security Services USA, Inc.'s Motion for Partial Summary Judgment, at which time and place you may appear.

Dated:  July 9, 2008

SECURITAS  SECURITY  SERVICES USA, INC.

By:     s/David M. Novak
                         One of Its Attorneys

David M. Novak
John T. Roache
Melissa A. Siebert
Edward M. Graham
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Notice of Motion was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing, on this 9th day of July 2008, to the following:

James B. Zouras
Ryan F Stephan
Stephan Zouras, LLP
205 N. Michigan, Suite 2560
Chicago, Illinois  60601

Marvin A. Miller
Matthew E. Van Tine
Miller Law LLC
115 S. LaSalle, Suite 2910
Chicago, Illinois  60603

Thomas M. Ryan
Law Offices of Thomas M. Ryan, P.C.
205 N. Michigan, Suite 2560
Chicago, Illinois  60601

s/David M. Novak
David M. Novak