IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY, ROBERT NEWSON and ALVAN YOUNG Individually, and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) Case No. 08 C 2746 |
| Plaintiffs, | )<br>) Judge Gottschall<br>) Magistrate Judge Valdez |
| v. | )<br>) |
| SECURITAS SECURITY SERVICES, USA INC., | )<br>)<br>) |
| Defendant. | ) |

**PARTIES' AGREED MOTION TO EXTEND TIME FOR PLAINTIFFS TO CONDUCT INITIAL DISCOVERY AND RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Parties respectfully move this Honorable Court, by agreement, for an extension of time by which to conduct initial discovery and respond to Defendant's Motion for Partial Summary Judgment. In support of this Agreed Motion, the Parties state:

1. On July 9, 2008 Defendant filed a motion for partial summary judgment. In support of its motion, Defendant alleged facts, referenced documents and attached a 17 page declaration of David Reese.

2. On July 24, 2008 this Court set a briefing schedule requiring Plaintiffs to respond to Defendant's motion by August 21, 2008 with Defendant to reply by September 4, 2008.

3. The parties have not yet conducted any discovery. Plaintiffs need certain discovery before they can respond to Defendant's motion.

4. The parties have agreed that Defendant will respond to Plaintiffs' initial set of discovery requests by August 29, 2008 and produce David Reese for his deposition by September 15, 2008 so that Plaintiffs can respond to Defendant's motion by October 15, 2008 and Defendant can reply by November 26, 2008.

WHEREFORE, the Parties' request that this Honorable Court enter an order extending the time for filing Plaintiffs' response to Defendant's motion for partial summary judgment to October 15, 2008 and granting Defendant until November 26, 2008 to file its reply.

Dated: August 1, 2008                    Respectfully Submitted,


                                         /s/ Ryan F. Stephan
                                         ATTORNEYS FOR PLAINTIFFS
                                         James B. Zouras
                                         Ryan F. Stephan
                                         Stephan Zouras, LLP
                                         205 N. Michigan Avenue, Suite 2560
                                         Chicago, Illinois 60601
                                         312-233-1550
                                         312-233-1560 f
                                         lawyers@stephanzouras.com

                                         Marvin A. Miller
                                         Matthew E. VanTine
                                         MILLER LAW LLC
                                         115 S. LaSalle Street
                                         Suite 2910
                                         Chicago, IL  60603
                                         312.332.2400

                                         Thomas M. Ryan
                                         Law Offices of Thomas M. Ryan, P.C.
                                         205 N. Michigan Ave., Suite 2560
                                         Tel: 312-233-1553
                                         Cell: 312-545-9096
                                         Fax: 312-233-1560
                                         tom@tomryanlaw.com

       /s/ Edward M. Graham
ATTORNEYS FOR DEFENDANT
Edward M. Graham
BELL, BOYD & LLOYD, LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois 60602
(312) 372-1121