IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY, ROBERT NEWSON and ALVAN YOUNG Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SECURITAS SECURITY SERVICES, USA INC., <br><br> Defendant. | Case No. 08 C 2746 <br><br> Judge Gottschall <br> Magistrate Judge Valdez |

## NOTICE OF MOTION

To:  Edward M. Graham
Bell, Boyd & Lloyd, LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, IL  60602

PLEASE TAKE NOTICE that on Thursday, August 7th, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge B. Gottschall, at the Everette J. Dirksen Building, 219 S. Dearborn Street, Room 2325, Chicago, Illinois 60604 and present PARTIES' AGREED MOTION TO EXTEND TIME FOR PLAINTIFFS TO CONDUCT INITIAL DISCOVERY AND RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT.

Respectfully Submitted,

/s/ Ryan F. Stephan
One of Attorneys for Plaintiffs

STEPHAN ZOURAS, LLP
Attorneys for Plaintiffs
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312) 233-1550
(312) 233-1560 *f*

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

*Megan A Balbourie*

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 1st DAY
OF August, 2008.



_____
Notary Public