UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY ROBERT NEWSON and ALVAN YOUNG | ) ) ) | |
| Plaintiffs | ) ) | Case No. 08 C 2746 |
| v. | ) ) | Judge Gottschall |
| SECURITAS SECURITY SERVICES USA, INC. | ) ) ) | Magistrate Judge Valdez |
| Defendant | ) ) | |

NOTICE OF MOTION

To:     See Attached Certificate of Service

   PLEASE TAKE NOTICE that on Thursday, August 14, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, at the Everett J. Dirksen Building, 219 S. Dearborn Street, Room 2325, Chicago, Illinois 60604, and then and there present Defendant's Motion to File Clarifying Affidavit, at which time and place you may appear.

Dated: August 5, 2008                              SECURITAS SECURITY SERVICES USA, INC.


                                                   By:   s/David M. Novak
                                                              One of Its Attorneys

David M. Novak
John T. Roache
Melissa A. Siebert
Edward M. Graham
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

593657/C/1

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Notice of Motion was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing, on this 5th day of August 2008, to the following:

    James B. Zouras
    Ryan F Stephan
    Stephan Zouras, LLP
    205 N. Michigan, Suite 2560
    Chicago, Illinois 60601

    Marvin A. Miller
    Matthew E. Van Tine
    Miller Law LLC
    115 S. LaSalle, Suite 2910
    Chicago, Illinois 60603

    Thomas M. Ryan
    Law Offices of Thomas M. Ryan, P.C.
    205 N. Michigan, Suite 2560
    Chicago, Illinois 60601

    s/David M. Novak
        David M. Novak