IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL HOWARD, PAUL GALLOWAY, ROBERT NEWSON and ALVAN YOUNG Individually, and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>)<br>) | No. 08 C 2746 |
| Plaintiffs, )<br>) | Judge Gottschall |
| v. )<br>) | Magistrate Judge Valdez |
| SECURITAS SECURITY SERVICES, USA INC., )<br>)<br>) | |
| Defendant. ) | |

## AGREED PROPOSED SCHEDULING ORDER FOR DISCOVERY

Securitas Security Services USA, Inc. ("SUSA"), through its attorneys, respectfully submits this Agreed Proposed Scheduling Order.

The following time limits and deadlines shall be applicable:

    A.    Amendments to Pleadings: December 31, 2009

    B.    Close of Fact Discovery: January 30, 2010

    C.    Plaintiffs' Expert Disclosures: March 15, 2010

    D.    Defendant's Expert Disclosures: April 15, 2010

    E.    Rebuttal Expert Disclosures: May 15, 2010

    F.    Close of All Expert Discovery: June 15, 2010

E-468524 v1

Dated: July 9, 2009                          Respectfully submitted,

                                             SECURITAS SECURITY SERVICES USA, INC.


                                        By:  /s/ Joel C. Griswold
                                             One of Its Attorneys

John T. Roache
Melissa A. Siebert
Joel C. Griswold
K&L GATES LLP
Three First National Plaza
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
Telephone: 312.372.1121
Facsimile: 312.827.8093

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Agreed Proposed Scheduling Order was served this 9th day of July 2009, via the ECF system for the United States District Court for the Northern District of Illinois, upon the following:

        James B. Zouras
        Ryan F. Stephan
        Stephan Zouras, LLP
        205 N. Michigan, Suite 2560
        Chicago, Illinois 60601

        Marvin A. Miller
        Matthew E. Van Tine
        Miller Law LLC
        115 S. LaSalle, Suite 2910
        Chicago, Illinois 60603

        Thomas M. Ryan
        Law Offices of Thomas M. Ryan, P.C.
        205 N. Michigan, Suite 2560
        Chicago, Illinois 60601

                                /s/ Joel C. Griswold