# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Crystal Howard, et al.

                            Plaintiff,

v.                                          Case No.: 1:08−cv−02746
                                            Honorable Joan B. Gottschall

Securitas Security Services, USA Inc.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 29, 2010:

    MINUTE entry before Honorable Maria Valdez: Motion hearing held on Defendant's Motion for Sanctions [299] on 4/29/2010. The Court grants in part, denies in part, and continues in part the motion. The Court orders Plaintiffs in the sample group that have not been deposed shall submit responses to interrogatories that contain responses specific to the individual plaintiff providing the verification within fourteen (14) days Plaintiffs shall file a brief in opposition to Defendants' motion for sanctions based on the Plaintiffs' interrogatory responses (as set forth in pages 15−21 of Defendants' Motion) by 5/13/10. Reply by 5/20/10. Defendants shall advise the Court, by written submission, which of the Plaintiff sample group members did not provide interrogatory responses pursuant to this Court's order of 4/22/2010 Document No. [298]. The parties will continue to meet and confer on the outstanding email issues raised by the Plaintiffs' in their Motion to Compel [283]. All discovery dates are extended by a period of fourteen (14) days. Status hearing set for 5/13/10 at 9:30 a.m. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.