THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CRYSTAL HOWARD, JOHN HUEBNER, PAUL GALLOWAY, ROBERT NEWSON AND ALVAN YOUNG, Individually, and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Hon. Gary Feinerman |
| v. | Magistrate Judge Young B. Kim |
| SECURITAS SECURITY SERVICES USA, INC., | Case No. 08 C 2746 |
| Defendant. | |
| STEPHANIE HAWKINS and DARSEMIA JACKSON Individually, and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| v. | Hon. Gary Feinerman |
| SECURITAS SECURITY SERVICES USA, INC. | Case No. 09 C 3633 |
| Defendant. | |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Named Plaintiffs CRYSTAL HOWARD, JOHN HUEBNER, PAUL GALLOWAY, ROBERT NEWSON and ALVAN YOUNG ("*Howard* Plaintiffs") and STEPHANIE HAWKINS and DARSEMIA JACKSON ("*Hawkins* Plaintiffs") (collectively, "Named Plaintiffs" or "Class Representatives"), on behalf of themselves and all members of the

Settlement Class[1] ("Class Members") on one hand, and Defendant SECURITAS SECURITY SERVICES, USA INC. ("Securitas" or "Defendant") (collectively, the "Parties"), by their respective attorneys, respectfully move this Court for entry of an Order granting final approval of the Parties' settlement of Plaintiffs' claims that Defendant violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Illinois Minimum Wage Law ("IMWL"), 820 ILCS § 105/1, *et seq.* In support of their motion, the Parties submit a supporting Memorandum of Law and exhibits attached thereto, and state as follows:

1. On January 16, 2014, the Court certified the Class for settlement purposes only and granted preliminary approval to the Parties' proposed Class Action Settlement ("Preliminary Approval Order"). (Dkt. No. 546).

2. Final approval is appropriate where the court determines that a settlement is fair, adequate, and reasonable. *Synfuel Techs., Inc. v. DHL Express (USA), Inc.*, 463 F.3d 646, 652 (7th Cir. 2005).

3. The Settlement in this case has been achieved in good faith and through arm's-length negotiations and is not the product of fraud or collusion.

4. The Settlement offers substantial monetary relief to the Settlement Class.

5. The Settlement is overwhelmingly supported by Class Members. The fact that out of 9,861 Class Members, only ninety individuals timely requested exclusion from the Settlement, and not a single Class Member objected to the Settlement, shows strong support for the Settlement.

6. The record indicates that all criteria under Federal Rule of Civil Procedure 23 and

---

[1] Where applicable, capitalized terms not otherwise defined in this Motion are as they are defined in the Class Action Settlement Agreement submitted with the Parties' Joint Motion for Preliminary Approval of Class Settlement.

the FLSA are met for purposes of settlement for the Settlement Class, and the Parties have provided the Class with adequate notice of the terms and conditions of the Settlement in a manner intended to maximize the due process rights of the Class Members.

7. Additionally, experienced Counsel for the Parties have extensively analyzed the claims and issues herein, and have certified that the Settlement is fair, reasonable, and adequate, and in the best interest of the Class.

8. Finally, Class Counsel will provide separate briefing and justification as to the basis for their request for attorneys' fees and costs.

9. Thus, the Court should: (1) grant final approval of the Settlement Agreement; (2) find the Settlement fair, reasonable, adequate, and in the best interests of the Class Members; (3) approve Class Counsel's application for an award of attorneys' fees; (4) approve the Named Plaintiffs' application for payment in accordance with the Settlement Agreement; (5) approve the payment of reasonable Administrative Fees to the Settlement Administrator by Class Counsel; and (6) enter the Plaintiffs' proposed final approval order dismissing the Action and releasing and barring the claims released by Class Members under the terms of the Settlement Agreement.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Order of Final Approval of the Settlement, attached as Exhibit 1.

Dated: April 23, 2014

| | |
|---|---|
| CRYSTAL HOWARD, JOHN HUEBNER, PAUL GALLOWAY, ROBERT NEWSON, and ALVAN YOUNG, | SECURITAS SECURITY SERVICES, USA INC., |

and

STEPHANIE HAWKINS and DARSEMIA JACKSON,

By: /s/ *Ryan F. Stephan*

Ryan F. Stephan
James B. Zouras
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
Tel: 312.233.1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com

Marvin Miller
Matthew Van Tine
MILLER LAW, LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: 312.332.3400
mmiller@millerlawllc.com
mvantine@millerlawllc.com

Thomas M. Ryan
Law Offices of Thomas M. Ryan, PC
35 E. Wacker Drive, Suite 650
Chicago, IL 60601
Tel: 312.726.3400
tom@tomryanlaw.com

**Attorneys for Plaintiffs**

By: /s/ *John T. Roache*

John T. Roache
K&L GATES, LLP
Three First National Plaza
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207
John.roache@klgates.com

**Attorney for Defendant**